No. 492. NOEL v. WASHINGTON SURBURBAN SANITARY COMMISSION ET AL. December 3, 1928. *Per Curiam:* The appeal is dismissed for want of a substantial federal question on the authority of *Wagner* v. *Baltimore*, 239 U. S. 207; *Seattle* v. *Kelleher*, 195 U. S. 351, 359; *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside* 239 U. S. 144, 147. *Messrs. Frederic D. McKenney, Wilson L. Townsend, Caesar L. Criello,* and *F. Regis Noel* for appellant. No appearance for appellees.

No. 76. E. HENRY WEMME CO. v. SELLING ET AL., ETC. Argued November 27, 1928. Decided December 3, 1928. *Per Curiam:* The writ of error is dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Messrs. Thomas Mannix* and *Guy C. H. Corliss* for plaintiff in error. *Messrs. E. V. Littlefield, John C. Veatch,* and *B. E. Haney* for defendants in error.

No. 82. SNYDER v. NEW YORK, CHICAGO & ST. LOUIS RAILROAD CO. Argued November 28, 1928. Decided December 3, 1928. *Per Curiam:* The writ of error is dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Mr. Frederick A. Henry* for plaintiff in error. *Messrs. Wm. H. Boyd* and *Thomas H. Hogsett,* with whom *Mr. Leslie Nichols* was on the brief, for defendant in error. See *post,* p. 578.